UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| KALPESH MAKWANA and HUGH MITCHELL, | : : : : | |
| *Plaintiffs,* | : : | Civil Action No. 14-7096 |
| v. | : : | ORDER |
| EXPRESS SCRIPTS, INC., | : : : | |
| *Defendant.* | : : | |

**THIS MATTER** having come before the Court on Kalpesh Makwana and Hugh Mitchell's ("Plaintiffs") objection to the report and recommendation **[Dkt. Nos. 11, 12]** of the Honorable Michael A. Hammer, U.S.M.J., in which Judge Hammer recommends denial of Plaintiffs' motion to remand **[Dkt. No. 4]**;

and for the reasons set forth in the accompanying Opinion;

and for good cause shown;

**IT IS** on this 6th day of July, 2015,

**ORDERED** that Plaintiffs' objection is **OVERRULED** and the motion to remand is therefore **DENIED**.

s/ *Madeline Cox Arleo*<br>
**MADELINE COX ARLEO**<br>
**UNITED STATES DISTRICT JUDGE**